## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELCHER PHARMACEUTICALS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 17-775-LPS |
| ) | |
| HOSPIRA, INC., ) | |
| ) | |
| Defendant. ) | |

### MOTION TO WITHDRAW AS COUNSEL FOR
### PLAINTIFF BELCHER PHARMACEUTICALS, LLC

J. Clayton Athey, Chaz L. Enerio, and Prickett, Jones & Elliott, P.A. (collectively, "Prickett Jones") and William D. Hare and McNeely, Hare & War LLP (collectively "McNeely Hare") (the moving parties are collectively referred to as "Moving Counsel"), hereby move this Court, pursuant to District of Delaware Local Rule 83.7, for an Order granting the Motion to Withdraw as Counsel for Plaintiff Belcher Pharmaceuticals, LLC in this matter.  In support thereof, the movants state as follows:

1. Upon written motion and order by this Court, a lawyer may withdraw from representing a client if the client insists upon taking action with which the lawyer has a fundamental disagreement.  D. Del. L.R. 83.7; Rule 1.16 of the Delaware Rules of Professional Conduct.

2. Moving Counsel have been unable to reach agreement with Plaintiff on fundamental aspects of the case at least since August 11, 2017.  Moving Counsel have provided reasonable warning that counsel would withdraw based on those fundamental disagreements.

3. Moving Counsel were informed by Plaintiff on August 21, 2017, that Foley & Lardner, LLP ("Foley") had been engaged as substitute counsel in this case.  Prickett Jones was also informed by Foley that it intended to substitute in as counsel for plaintiff in this case.  Counsel for

Defendant also informed McNeely Hare that Foley had contacted Counsel for Defendant on August 21, 2017, notifying Defendant that Foley was engaged and would substitute in as counsel for plaintiff in this case.

4. On August 28, 2017, Moving Counsel were informed by Foley that Foley would not be representing Plaintiff in this matter.

5. As of the filing of this motion, Plaintiff has not retained substitute litigation counsel.

6. Counsel has advised Plaintiff of counsel's intention to file this Motion and of Plaintiff's obligation to obtain substitute Delaware counsel to enter their appearance promptly in this action.

7. Plaintiff will not be prejudiced by the withdrawal. This case was filed less than three months ago and is in the nascent stage. A trial schedule has not been set and Plaintiff has been afforded reasonable time to find substitute counsel. The only upcoming deadlines are for responses to Defendant's Rule 11 Motion and Motion to Dismiss, which are set for September 8, 2017. Counsel is filing with this motion a request to extend those deadlines to allow Plaintiff time to obtain new counsel before responses are filed.

8. Plaintiff's counsel advised Defendant of Counsels' intention to file this Motion, and Counsel for Defendant informed Moving Counsel that Defendant does not consent to Moving Counsels' request to withdraw.

WHEREFORE, Moving Counsel respectfully request that the Court grant this Motion and enter an Order in the form filed contemporaneously therewith.

Dated:  September 6, 2017

| | |
|---|---|
| OF COUNSEL: | PRICKETT, JONES & ELLIOTT, P.A. |
| MCNEELY, HARE & WAR LLP<br>William D. Hare, Esq.<br>12 Roszel Road, Suite C104<br>Princeton, NJ 08540<br>Tel: 609-240-2533<br>Fax: 202-478-1813 | By: ___/s/  *J. Clayton Athey*___<br>   J. Clayton Athey (DE Bar # 4378)<br>   Chaz L. Enerio (DE Bar # 6228)<br>   1310 N. King Street<br>   Wilmington, Delaware 19801<br>   Tel:  (302) 888-6500<br>   Fax:  (302) 658-8111<br>   jcathey@prickett.com<br>   clenerio@prickett.com<br><br>   *Withdrawing as Attorneys for Plaintiff*<br>   *Belcher Pharmaceuticals, LLC* |