# PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DE 19806

JOHN C. PHILLIPS, JR.
ROBERT S. GOLDMAN
LISA C. MCLAUGHLIN
JAMES P. HALL
DAVID A. BILSON
MEGAN C. HANEY

(302) 655-4200 (P)
(302) 655-4210 (F)

February 8, 2019

**VIA CM/ECF & HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

**REDACTED - PUBLIC VERSION**

Re: *Belcher Pharmaceuticals, LLC, v. Hospira, Inc.* **No. 17-cv-775-LPS**

Dear Judge Stark:

Defendant Hospira, Inc. ("Hospira") respectfully submits this letter seeking leave to file its First Amended Answer and Counterclaims (the "Amended Pleading"), which sets forth two additional affirmative defenses and counterclaims of invalidity and unenforceability on the basis of inequitable conduct and improper inventorship. Belcher Pharmaceuticals, LLC ("Belcher") does not oppose this request.

Rule 15(a)(2) of the Federal Rules of Civil Procedure provides that the Court "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). Courts in this Circuit "adopt a liberal approach to the amendment of pleadings to ensure that a particular claim will be decided on the merits rather than on technicalities." *Abbott Labs v. Johnson & Johnson, Inc.*, 524 F. Supp. 2d 553, 557 (D. Del. 2007) (citation and quotation marks omitted).

Hospira's motion is timely,[1] coming just days after the January 31, 2019 deposition of Darren Rubin, Belcher's Chief Scientific Officer, and the February 6, 2019 deposition of Jugal K. Taneja, Belcher's CEO and the named inventor of the '197 patent. Testimony given by these witnesses gives rise to the allegations in Hospira's proposed Amended Pleading. The Amended Pleading, and a blackline comparison to Hospira's prior pleading, are attached as Exhibits 1 and 2, respectively, and the Exhibits to the Amended Pleading are attached as Exhibits A-Q thereto.

On February 4, 2019, Hospira notified Belcher that it intended to seek leave to assert a counterclaim of unenforceability based on inequitable conduct, and requested to meet and confer. In response to this request, Belcher indicated on February 5, 2019 that it would not oppose Hospira's request for leave. On February 7, 2019, Hospira notified Belcher that it also sought to assert a counterclaim for improper inventorship. Belcher indicated on February 8, 2019 that it would not oppose the request.

---

[1] The Scheduling Order requires Hospira to seek leave of Court to file a motion to amend but does not specify a deadline for seeking leave to amend. (D.I. 107)

      Hospira's Amended Pleading satisfies the pleading standard for inequitable conduct. Mr. Rubin played a substantive role in the prosecution of the '197 patent, and owed the Patent Office a duty of candor and good faith pursuant to 37 C.F.R. § 1.56. In violation of that duty, Mr. Rubin withheld material prior art and made material misrepresentations as to the state of the art. As alleged in Hospira's amended pleading, "deceptive intent is the single most reasonable inference that can be drawn from the evidence." *Apotex Inc. v. UCB, Inc.*, 763 F.3d 1354, 1362 (Fed. Cir. 2014).

      Hospira's Amended Pleading also states the basis for its claim that Mr. Taneja did not invent the subject matter of the claims of the '197 patent. Namely, the sole basis of Mr. Taneja's claim to inventorship is that he alleges that he told Belcher's contract manufacturer to evaluate epinephrine formulations with a certain in-process pH, though he admitted that he is not a scientist and has no specific recollection of these discussions. This is insufficient to establish Mr. Taneja's inventorship and, therefore, the patent is invalid because it fails to meet the statutory requirements of 35 U.S.C. §§ 101 and/or 115.

      The amended pleading Hospira seeks to file does not affect the schedule in this case, including the close of fact discovery scheduled for February 8, 2019, or the two-day trial scheduled to commence on June 19, 2019.

      In view of the foregoing, Hospira respectfully requests that the Court grant leave for Hospira to file its Amended Pleading.

      Respectfully submitted,

      */s/ John C. Phillips, Jr.*

      John C. Phillips, Jr. (No. 110)

cc:    All counsel of record (via CM/ECF & email)