IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELCHER PHARMACEUTICALS, LLC, | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 17-cv-775-LPS |
| v. | ) ) ) |
| HOSPIRA, INC. | ) ) ) |
| Defendant. | ) ) ) |

### DEFENDANT HOSPIRA, INC.'S UNOPPOSED MOTION TO SEAL TRIAL EXHIBITS AND DEMONSTRATIVES

Defendant Hospira, Inc. ("Defendant") respectfully requests an order placing under seal certain exhibits and demonstratives, identified in Exhibit A and described below, introduced during the trial held in this matter on June 19-20, 2019.[1] Defendant has met and conferred with counsel for Plaintiff Belcher Pharmaceuticals, LLC ("Plaintiff"), and Plaintiff has agreed that it does not oppose this motion.

A Stipulated Protective Order was entered in this matter on January 22, 2019. (D.I. 127.) Pursuant to that order, the parties designated documents produced during discovery "relating to sensitive technical, medical, and competitive information, products in development, plans, strategies, and programs, including things that relate to the following: (a) research and development . . . (e) test protocols and data," as "Highly Confidential." (*Id.* at 2.)

Trial was held in this matter on June 19-20, 2019. During the trial, precautions were taken to avoid publication of exhibits containing Highly Confidential information, including the

---

[1] During trial, the Court placed the following documents under seal: JTX-006, JTX-008, JTX-013, JTX-029, JTX-034, PTX-022, PTX-095, PTX-107, PTX-162, PTX-164, PTX-193, PTX-205, PTX-224, PTX-237, PTX-316, and PTX-347.

temporary exclusion of Belcher's corporate representative, when such information was displayed as part of a demonstrative.

As the Supreme Court recognized in *Nixon v. Warner Communications, Inc.*, "courts have refused to permit their files to serve as . . . sources of business information that might harm a litigant's competitive standing." 435 U.S. 589, 598 (1978).  Thus, "[c]ourts generally protect materials containing 'trade secret[s] or other confidential research, development, or commercial information' to prevent harm to a litigant's standing in the marketplace." *Mars, Inc. v. JCM Am. Corp.*, No. 05-3165, 2007 U.S. Dist. LEXIS 9819 (D.N.J. Feb. 13, 2007) (citing *Faulman v. Sec. Mut. Fin. Life Ins. Co.*, No. 04-5083, 2006 U.S. Dist. LEXIS 35875 (D.N.J. June 2, 2006)).

Accordingly, Defendant now requests the sealing of the exhibits listed in Exhibit A to protect the Highly Confidential information contained therein.  The nature of the such information is described below.

Exhibit JTX-003 is an excerpt from Defendant's New Drug Application ("NDA"), which is still under review before the FDA, pending the outcome of this litigation.  As such, it contains highly sensitive and confidential information regarding Defendant's formulation information, research and development, and non-public communications between Defendant and FDA concerning Defendant's NDA product.  JTX-003 has been designated Highly Confidential under the Protective Order.

Exhibit JTX-031 is a development report regarding Defendant's NDA product.  This document contains highly sensitive and confidential information regarding Defendant's formulation information, research and development, and product specifications.  JTX-031 has been designated Highly Confidential under the Protective Order.

Exhibit DTX-087 is a response to an FDA Information Request concerning Defendant's

NDA. Like JTX-003, it contains highly sensitive and confidential information regarding Defendant's formulation information, and research and development efforts. It has also been designated Highly Confidential under the Protective Order.

Plaintiff's demonstrative number PDX-001 is a slide presentation used in connection with Plaintiff's opening statement. This demonstrative contains excerpts from Defendant's NDA, which have been designated Highly Confidential under the Protective Order. In particular, the slides numbered PDX-001-007 to PDX-001-009 contain detailed and highly sensitive confidential formulation and product specification information.

Plaintiff's demonstrative number PDX-002 is a slide presentation used in connection with the testimony of Dr. Shyam Mohapatra, Plaintiff's expert witness. This demonstrative contains excerpts from documents designated as Highly Confidential under the Protective Order. In particular, the slides numbered PDX-002-012 to PDX-002-017 and PDX-002-020 contain detailed and highly sensitive confidential information concerning the formulation information and manufacturing process of Defendant's NDA product.

Plaintiff's demonstrative number PDX-003 is another slide presentation used in connection with the testimony of Dr. Mohapatra. This demonstrative also contains excerpts from documents designated as Highly Confidential under the Protective Order. In particular, the slide numbered PDX-003-04 contains detailed, confidential information about research and development and product testing. Similarly, the slide numbered PDX-003-05 contains sensitive and confidential information concerning the manufacturing process for Defendant's product.

Disclosure of the information contained in these exhibits and demonstratives would harm Defendant because they contain information that could be used by competitors to injure Defendant's competitive standing in the marketplace. For these reasons, Defendant Hospira

respectfully submits that good cause exists for sealing the exhibits and demonstratives identified in Exhibit A, and requests that the Court grant this motion.

Respectfully submitted,

Dated: July 5, 2019

*/s/ John C. Phillips, Jr.*
PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 N. Broom St.
Wilmington, DE 19806-4204
(302) 655-4200
jcp@pgmhlaw.com
mch@pgmhlaw.com

OF COUNSEL:

*Attorneys for Defendant*

Thomas J. Meloro
Matthew Freimuth
Ronald A. Lee
Devon W. Edwards
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019
(212) 728-8000