IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELCHER PHARMACEUTICALS, LLC, | ) |
| Plaintiffs, | ) C.A. No. 17-cv-775-LPS |
| v. | ) |
| HOSPIRA, INC. | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT HOSPIRA, INC.'S
UNOPPOSED MOTION TO SEAL TRIAL EXHIBITS AND DEMONSTRATIVES**

At Wilmington, this 12th day of July, 2019. The Court, having considered Defendant Hospira, Inc's Unopposed Motion to Seal Trial Exhibits and Demonstratives, and for good cause having been shown; IT IS HEREBY ORDERED that the motion is granted, the exhibits and demonstratives identified in Exhibit A to the motion shall be sealed.

_____
The Honorable Leonard P. Stark
United States District Judge