# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELCHER PHARMACEUTICALS, LLC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 17-775-LPS |
| HOSPIRA, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this **31st** day of **March**, **2020**, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED** that:

1. Plaintiff has not proven by a preponderance of the evidence that Defendant infringes claims 6 or 7 of U.S. Patent No. 9,283,197 ("the '197 Patent").

2. Defendant has proven by clear and convincing evidence that claims 6 and 7 of the '197 Patent are invalid for obviousness, that Jugal Taneja is an improper inventor, and that the '197 Patent is unenforceable due to inequitable conduct. Defendants have failed to prove that claims 6 and 7 of the '197 Patent are invalid due to anticipation.

3. The parties shall meet and confer and submit, no later than **April 3, 2020**, a proposed order consistent with the Opinion, to enter final judgment **FOR** Defendant and **AGAINST** Plaintiff and to close this case.

4. Because the Opinion has been issued under seal, the parties shall meet and confer and, no later than **April 2, 2020**, submit a proposed redacted version, as well as a supporting memorandum justifying any redactions they propose. Should the parties fail to comply, or fail to

persuade the Court any portion of the Opinion should be redacted, the Court will unseal the Opinion.

                                                                           */s/ Leonard P. Stark*
HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE